AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | )       24-MJ-6864-MPK |
| | ) |
| CHRISTIAN DECRISTOFARO | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2022-2023__ in the county of __Essex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Connor Jorde

☒ Continued on the attached sheet.

/s/ Connor Jorde
*Complainant's signature*

Connor Jorde, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 30, 2024

*Judge's signature*

City and state: Boston, Massachusetts     Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*