## AFFIDAVIT OF FBI SPECIAL AGENT CONNOR JORDE

I, Connor Jorde, being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since approximately September 2015. I attended the FBI Academy, where I received training on federal criminal violations and investigation techniques. I have since been assigned to the FBI's Boston Field Office, where I have worked on the Health Care Fraud and Counter-Terrorism squads. I am currently assigned to FBI Boston's Economic Crimes squad, where my duties involve the investigation of mail, wire, and bank fraud, and money laundering, among other federal criminal offenses.

## PURPOSE OF AFFIDAVIT

2. I submit this affidavit in support of an application for a criminal complaint charging CHRISTIAN DECRISTOFARO ("DECRISTOFARO") with wire fraud, in violation of Title 18, United States Code, Section 1343, and for a warrant to arrest DECRISTOFARO. As set forth below, I have probable cause to believe that DECRISTOFARO and others known and unknown used NE Premier Home Services LLC ("NE Premier"), a purported home repair company DECRISTOFARO controlled, to defraud a home repair insurance provider ("Victim 1") by billing Victim 1 for services not rendered.

3. This affidavit is based on my personal observations and review of records, information obtained from other law enforcement personnel, and my training and experience. This affidavit is intended only to establish probable cause for the requested criminal complaint and arrest warrant and does not include everything I know about this investigation.

## PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED

### Relevant Individuals, Entities, and Background

4. DECRISTOFARO is a Massachusetts resident. During the relevant time period, DECRISTOFARO was licensed as a plumber and owned and operated a Massachusetts-based plumbing company called Prometheus Plumbing LLC ("Prometheus Plumbing").

5. NE Premier was incorporated with the Secretary of the Commonwealth of Massachusetts on or about September 23, 2020.[1] NE Premier's certificate of organization indicates that it was incorporated for the purpose of providing "residential property and home warranty management" services. NE Premier's website states that the company performs "home repair across all of Massachusetts," handling "repairs from electrical to plumbing and everything in between."

6. Victim 1 is a national company that provides home repair insurance to homeowners across the United States. Victim 1 offers various types of home repair insurance plans, which provide supplemental coverage for home emergencies that typically are not covered by traditional homeowner's insurance. The cost of these plans ranges from approximately $5 to $15 per month, depending on the type of plan. When a policyholder experiences a home emergency, such as a gas line leak or a water heater malfunction, the policyholder contacts Victim 1, usually via telephone, and Victim 1 hires a licensed and insured local contractor to fix the homeowner's issue.[2] After the

---

[1] NE Premier was incorporated by another individual, herein referenced as "Individual 1." Some records I have reviewed suggest that DECRISTOFARO and Individual 1 may be related.

[2] Typically, in response to a policyholder call, Victim 1 dispatches a contractor based on its internal contractor ranking system and the contractor's availability. Policyholders can, however, request a specific contractor with which they are familiar, so long as the requested contractor is registered with Victim 1 and available to perform the job.

contractor completes the job, Victim 1 pays the contractor for their work in an amount ranging from a few hundred to a few thousand dollars, depending on the type of job.

### The Scheme to Defraud

#### *Overview*

7. As set forth below, I have probable cause to believe that DECRISTOFARO and others known and unknown (a) caused NE Premier to become a contractor with Victim 1; (b) used false (or stolen) identities to enroll fake (or unaware) homeowners in Victim 1's insurance plans; (c) falsely reported home emergencies to Victim 1 on behalf of these purported homeowners and requested that NE Premier perform the repairs; and (d) caused NE Premier to bill Victim 1 for the purported repair jobs, which never were performed.

#### *Background*

8. On or about October 22, 2020, DECRISTOFARO and Individual 1, *see supra* ¶ 5 n.1, caused NE Premier to enter into a contractor agreement with Victim 1. Victim 1's enrollment records for NE Premier identify Individual 1 as the owner of the company. The enrollment documents list a phone number ending in -5196 (the "-5196 Number"), which is DECRISTOFARO's phone number, as the contact number for NE Premier.

9. In or around October of 2023, Victim 1 reported to law enforcement that, based on an internal audit, Victim 1 believed that NE Premier had caused Victim 1 to pay at least $1,540,759 in fraudulent claims between approximately 2022 and 2023. Victim 1's internal audit found that many policyholders to whom NE Premier purportedly had provided home repair services had the same email address and phone number, and used the same credit card to pay their monthly insurance premiums.

10. Specifically, Victim 1's records showed that it hired and paid NE Premier to complete approximately 1,200 jobs between approximately 2022 and 2023. Approximately 767 of these jobs purportedly were completed for 104 different policyholders, all of whom used the same credit card, which had a number ending in -0410 (the "-0410 Card"), to pay for their policies. Victim 1 paid NE Premier approximately $1,346,080 for its claimed work on these 767 jobs.

11. Bank records show that the -0410 Card is associated with DECRISTOFARO. On or about July 28, 2020, DECRISTOFARO opened a business account at TD Bank in the name of his plumbing company, Prometheus Plumbing (the "Prometheus Account"). Bank statements show that the -0410 Card is associated with the Prometheus Account and was used to make numerous payments to Victim 1, in amounts ranging from approximately $5 to $15.[3]

12. Additional bank records reflect payments from Victim 1 to a NE Premier account at TD Bank opened by Individual 1, or someone acting on his behalf, on or about December 9, 2020 (the "NE Premier Account"). From approximately December 2020 to July 2023, Victim 1 paid NE Premier approximately $2.6 million. Based on my training and experience, I believe the statements for the NE Premier Account do not reflect business expenses that would be typical for a contractor, such as purchases from hardware or home improvement stores. In addition, aside from the payments from Victim 1, the records do not reflect the types of inflows that would be typical for a contractor, such as payments from individual clients or from other companies akin to Victim 1. Nor do the statements reflect payments to employees or subcontractors. Instead, the records show numerous checks and wires to DECRISTOFARO's company, Prometheus

---

[3] Transactions made using the -0410 Card, including payments to Victim 1 for monthly insurance premiums, made on behalf of purported policyholders, were routed through a server outside of Massachusetts.

4

Plumbing. Of approximately 266 checks written out of the NE Premier Account, approximately 259, totaling about $2,030,000, were made payable to Prometheus Plumbing. The records also reflect wire transfers from the NE Premier Account to Prometheus Plumbing totaling more than $300,000.

13.     Additionally, Victim 1 provided law enforcement with recordings of telephone calls from purported policyholders to Victim 1 reporting alleged home emergencies and requesting NE Premier as their preferred contractor.[4] The calls appear to follow the same pattern: the purported policyholder calls Victim 1, reports an issue at their home, and specifically requests that NE Premier perform the necessary repair work. Victim 1 then places the purported policyholder on hold and calls NE Premier on another line to determine whether they are available.[5] In each phone call I reviewed, the individual speaking on behalf of NE Premier confirmed that they were immediately available for the job.

14.     Based on a review of publicly available records, Victim 1 and investigators have determined that in many instances, the purported policyholder who reported an issue at their home and requested that NE Premier perform the repair work was not the true owner of the property at issue. And when representatives of Victim 1 visited approximately 30 properties where NE Premier claimed to have performed repair work, Victim 1 found no evidence of any such repairs.

15.     In addition, the email addresses and phone numbers that Victim 1 has on file for many of these purported policy holders are affiliated with DECRISTOFARO.

---

[4] Victim 1 notified each caller that the call was being recorded at the beginning of the call.

[5] In several instances, Victim 1 called NE Premier at the -5196 Number, which, as stated above, is subscribed to DECRISTOFARO.

*Policyholder 1*

16.     For example, on or about March 5, 2023, Policyholder 1, a purported resident of Boston, Massachusetts, enrolled in a home repair insurance plan with Victim 1. When enrolling with Victim 1, Policyholder 1 used an email address and phone number that was used by 21 other purported policyholders, all of whom reported living at different addresses across Massachusetts. Policyholder 1 also used the -0410 Card, which, as referenced in paragraphs 10 and 11 above, is affiliated with DECRISTOFARO, to pay for their policy.

17.     On or about May 16, 2023, Policyholder 1 called Victim 1, reported a gas line leak at their Boston home, and requested that Victim 1 send a contractor to repair it. During the phone call, which Victim 1 recorded, Policyholder 1 requested that NE Premier be assigned to the job. Specifically, Policyholder 1 asked if they could "just request a guy if he's on the list in the network" and stated that they wanted NE Premier to be assigned to the job because Policyholder 1 "prefers those guys." As a result, Victim 1 assigned the purported repair job to NE Premier.

18.     On or about May 23, 2023, Victim 1 received a call from a cell phone number ending in -9707 that also is affiliated with DECRISTOFARO.[6] The caller stated that NE Premier had an "emergency plumbing team onsite" to repair Policyholder 1's gas leak, and that the team had performed a "leak detection test" and determined that a spot repair was necessary to address the issue. The caller then provided a detailed description of what the repair would entail. A Victim 1 representative told the caller that the work order was approved, and that Victim 1 would pay NE

---

[6] This number is associated with DECRISTOFARO in a law enforcement database that aggregates public records, and is listed as his number in accountholder records that investigators obtained from the company U-Haul.

Premier $2,234 when the work was completed. According to Victim 1's records, Victim 1 subsequently paid NE Premier $2,234 for this purported repair job.

19. I have listened to the recordings of the phone calls described in paragraphs 17 and 18 above and believe that the same individual made both calls because the tones and tenors of the voices in the calls are nearly identical.[7] I further believe that it was DECRISTOFARO who made both calls because Policyholder 1 used the -0410 Card to pay for their policy with Victim 1, and the caller on behalf of NE Premier used a phone number that is affiliated with DECRISTOFARO.

20. Law enforcement databases that aggregate public records reflect that no one by the name of Policyholder 1 has ever owned or resided at the property at issue. To the contrary, public records show that at the time of Policyholder 1's May 16, 2023 call to Victim 1, the property was under contract to be sold, and was in fact sold three days later, on May 19, 2023, which was four days before NE Premier purportedly repaired a gas leak there.

---

[7] Based on my review of other recorded calls provided by Victim 1, I further believe that the tones and tenors of the voices in the calls described in paragraphs 17 and 18 above are nearly identical to those of other purported policyholders who requested that Victim 1 assign NE Premier to perform purported repair jobs.

7

**CONCLUSION**

21.     Based on the information set forth above, I submit that there is probable cause to believe that DECRISTOFARO committed wire fraud, in violation of Title 18, United States Code, Section 1343.

/s/ Connor Jorde
_____
CONNOR JORDE
Special Agent
Federal Bureau of Investigation

SWORN to before me by telephone in accordance with Fed. Rule Crim. P. 4.1 this 30th day of September, 2024.

_____
HON. M. PAGE KELLEY
United States Magistrate Judge
District of Massachusetts